UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID BANES, On Behalf of Himself and All Others Similarly Situated, BABULAL TARAPARA, Individually and on behalf of himself and all others similarly situated, and KUMUD JINDAL, Individually and on Behalf of all Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>KEVIN MODANY, DANIEL FITZPATRICK and ITT EDUCATIONAL SERVICES, INC.,<br><br>                    Defendants. | Case No. 1:14-cv-01599-TWP-DML<br><br>CLASS ACTION |
| KRISTOPHER HENNEN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK,<br><br>                    Defendants. | Case No. 1:14-cv-01948-SEB-DML |

**MOTION OF APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY LEANNE E. HEINE**

Plaintiff Meitav Dash Mutual Fund Management Ltd., pursuant to S. D. Ind. Local Rule 83-6(a), by the undersigned counsel, a member of the Bar of this Court, respectfully moves the Court to admit Leanne E. Heine of Glancy Binkow & Goldberg LLP, 1925 Century Park East, Suite 2100, Los Angeles, CA 90067, *pro hac vice*, so that she may participate in the above-captioned action on behalf of Plaintiff, as co-counsel with the law firm Katz & Korin, PC in the

above-styled cause only. In support of this motion, the undersigned counsel shows the Court as follows:

1. The Certification of Leanne E. Heine, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of Thirty Dollars ($30.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, Plaintiff, Meitav Dash Mutual Fund Management Ltd., by the undersigned counsel, respectfully moves the Court to admit Leanne E. Heine of Glancy Binkow & Goldberg LLP *pro hac vice*, to the Bar of this Court for the purpose of participating in the prosecution of this matter as co-counsel with the law firm of Katz & Korin, PC.

          Respectfully submitted,

DATED: December 12, 2014    **KATZ & KORIN, PC**

          By: */s/ Offer Korin*
          Offer Korin [Atty. No. 14014-49]
          **KATZ & KORIN, PC**
          334 North Senate Avenue
          Indianapolis, IN 46204-1708
          Telephone: (317) 464-1100
          Facsimile: (317) 464-1111
          okorin@katzkorin.com

          *Attorneys for Meitav Dash Mutual Fund*
          *Management Ltd. and Proposed Liaison Counsel*
          *for the Class*

        Lionel Z. Glancy
        Robert V. Prongay
        Leanne E. Heine
        **GLANCY BINKOW & GOLDBERG LLP**
        1925 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone: (310) 201-9150
        Facsimile: (310) 201-9160
        Email: lglancy@glancylaw.com
               rprongay@glancylaw.com
               lheine@glancylaw.com

        *Attorneys for Meitav Dash Mutual Fund*
        *Management Ltd. and Proposed Lead Counsel*
        *for the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2014, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Offer Korin*
        Offer Korin