**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| DAVID BANES, on Behalf of Himself and All Others Similarly Situated, BABULAL TARAPARA, Individually and on behalf of himself and all others similarly situated, and KUMUD JINDAL, Individually and on Behalf of all Others Similarly Situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>KEVIN MODANY, DANIEL FITZPATRICK, and ITT EDUCATIONAL SERVICES, INC.,<br><br>    Defendants. | No. 1:14-cv-01599-TWP-DML |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY RICHARD W. GONNELLO**

Sam D. Krahulik of The Hastings Law Firm, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Richard W. Gonnello of Faruqi & Faruqi, LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel for movant Chang Pin Lin in the above-styled cause only. In support of this motion, the undersigned states:

    1.    The Certification of Richard W. Gonnello, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

    2.    Electronic Payment in the amount of Thirty Dollars ($30.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Richard W. Gonnello leave to appear *pro hac vice* for purposes of this cause only.

Dated:  December 18, 2014                    Respectfully submitted,

*/s/ Sam D. Krahulik*
Sam D. Krahulik
**THE HASTINGS LAW FIRM**
323 N. Delaware St.
Indianapolis, Indiana 46204
Tel: 317-686-1000
Fax: 317-685-2330
Email: skrahulik@lawindianapolis.com

*Attorneys for [Proposed] Lead Plaintiff Chang Pin Lin and [Proposed] Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of December 2014, a copy of the foregoing Motion to Appear Pro Hac Vice of Behalf of Attorney Richard W. Gonnello was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                    */s/ Sam D. Krahulik*
                                                     Sam D. Krahulik

**THE HASTINGS LAW FIRM**
323 N. Delaware St.
Indianapolis, Indiana 46204
Tel: 317-686-1000
Fax: 317-685-2330