# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID BANES, On Behalf of Himself and All Others Similarly Situated, BABULAL TARAPARA, Individually and on behalf of himself and all others similarly situated, and KUMUD JINDAL, Individually and on Behalf of all Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>KEVIN MODANY, DANIEL FITZPATRICK and ITT EDUCATIONAL SERVICES, INC.,<br><br>      Defendants. | Case No. 1:14-cv-01599-TWP-DML<br><br>CLASS ACTION |
| KRISTOPHER HENNEN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK,<br><br>      Defendants. | Case No. 1:14-cv-01948-SEB-DML |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY ROBIN BRONZAFT HOWALD

Plaintiff Meitav Dash Mutual Fund Management Ltd., pursuant to S. D. Ind. Local Rule 83-6(a), by the undersigned counsel, a member of the Bar of this Court, respectfully moves the Court to admit Robin Bronzaft Howald of Glancy Binkow & Goldberg LLP, 122 East 42nd Street, Suite 2920, New York, NY 10168, *pro hac vice*, so that she may participate in the above-captioned

action on behalf of Plaintiff, as co-counsel with the law firm Katz & Korin, PC in the above-styled cause only. In support of this motion, the undersigned counsel shows the Court as follows:

1. The Certification of Robin Bronzaft Howald, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of Thirty Dollars ($30.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, Plaintiff, Meitav Dash Mutual Fund Management Ltd., by the undersigned counsel, respectfully moves the Court to admit Robin Bronzaft Howald of Glancy Binkow & Goldberg LLP *pro hac vice*, to the Bar of this Court for the purpose of participating in the prosecution of this matter as co-counsel with the law firm of Katz & Korin, PC.

Respectfully submitted,

DATED: December 29, 2014     **KATZ & KORIN, PC**

By: /s/ Offer Korin
Offer Korin [Atty. No. 14014-49]
**KATZ & KORIN, PC**
334 North Senate Avenue
Indianapolis, IN 46204-1708
Telephone: (317) 464-1100
Facsimile: (317) 464-1111
okorin@katzkorin.com

*Attorneys for Meitav Dash Mutual Fund Management Ltd. and Proposed Liaison Counsel for the Class*

Lionel Z. Glancy
Robert V. Prongay
Leanne E. Heine
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

Facsimile: (310) 201-9160
Email: lglancy@glancylaw.com
      rprongay@glancylaw.com
      lheine@glancylaw.com

-and-

Robin Bronzaft Howald
**GLANCY BINKOW & GOLDBERG LLP**
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone No.:  212-682-5340
Fax No.:   212-884-0988
rhowald@glancylaw.com

*Attorneys for Meitav Dash Mutual Fund Management Ltd. and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 29, 2014, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            */s/ Offer Korin*
            Offer Korin