**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DAVID BANES, on behalf of himself and all others similarly situated, BABULAL TARAPARA, individually and on behalf of himself and all others similarly situated, and KUMUD JINDAL, individually and on behalf of himself and all others similarly situated,     ) ) ) ) ) ) ) | |
| Plaintiffs,     ) ) | Case No. 1:14-cv-01599-TWP-DML |
| v.     ) ) | |
| KEVIN MODANY, DANIEL FITZPATRICK and ITT EDUCATIONAL SERVICES, INC.,     ) ) ) | |
| Defendants.     ) ) | |
| _____     ) ) | |
| KRISTOPHER HENNEN, individually and on behalf of all others similarly situated,     ) ) ) | |
| Plaintiff,     ) ) | |
| v.     ) ) | Case No. 1:14-cv-01948-SEB-DML |
| ITT EDUCATIONAL SERVICES, INC., KEVIN M. MODANY, and DANIEL M. FITZPATRICK,     ) ) ) ) | |
| Defendants.     ) | |

## ORDER OF CONSOLIDATION AND DIRECTION ON FILINGS

The Court **HEREBY ORDERS** that Case No. 1:14-cv-01948-SEB-DML is consolidated

into Case No. 1:14-cv-01599-TWP-DML.

The Clerk is directed to close Case No. 1:14-cv-01948, and no further filings shall be made

in that case.  All future filings shall be made in Case No. 1:14-cv-01599.

In addition, the Court determines that a new caption must be used for all the consolidated cases, as follows:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DAVID BANES, on behalf of himself and all others similarly situated, BABULAL TARAPARA, individually and on behalf of himself and all others similarly situated, KUMUD JINDAL, individually and on behalf of himself and all others similarly situated, and KRISTOPHER HENNEN, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>KEVIN MODANY, DANIEL FITZPATRICK and ITT EDUCATIONAL SERVICES, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br><br><br>Case No. 1:14-cv-01599-TWP-DML |

Finally, the Court observes that counsels' filings in this consolidated action have been, to date, riddled with errors that make it difficult for the Court (and likely the parties) to ascertain the status of pending motions. Frequently, counsel have made filings with (1) an incorrect CM/ECF filing event, (2) the wrong docket number of the motion to which the filing relates, or (3) titles that fail to identify clearly the substance of the filing. The Court expects counsel to devote greater care and attention to these matters in future filings.

**SO ORDERED**.

Date:  1/21/2015

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

NOTE:  This Order requires action of the Clerk of the Court.

DISTRIBUTION:

Ronald J. Waicukauski
PRICE WAICUKAUSKI & RILEY
rwaicukauski@price-law.com

Brad A. Catlin
PRICE WAICUKAUSKI & RILEY
bcatlin@price-law.com

Offer Korin
KATZ & KORIN, P.C.
okorin@katzkorin.com

Robert V. Prongay
GLANCY BINKOW & GLOLDBERG LLP
rprongay@glancylaw.com

Francis P. McConville
POMERANTZ LLP
fmcconville@pomlaw.com

Jeremy A. Lieberman
POMERANTZ LLP
jalieberman@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
pdahlstrom@pomlaw.com

Philip A. Whistler
ICE MILLER LLP
philip.whistler@icemiller.com

Thomas E. Mixdorf
ICE MILLER LLP
thomas.mixdorf@icemiller.com