# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| MEITAV DASH MUTUAL FUND MANAGEMENT LTD. Lead Plaintiff, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MODANY, DANIEL FITZPATRICK, and ITT EDUCATIONAL SERVICES, INC.,<br><br>Defendants. | Case No. 1:14-cv-01599-TWP-DML |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY JENNIFER L. CONN

Philip A. Whistler of the law firm Ice Miller LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Jennifer L. Conn of Gibson, Dunn & Crutcher LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendants Daniel Fitzpatrick, ITT Educational Services, Inc., and Kevin Modany in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Jennifer L. Conn, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of Thirty Dollars ($30.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Jennifer L. Conn leave to appear *pro hac vice* for purposes of this cause only.

Dated:  April 2, 2015

                                     Respectfully submitted,

                                     s/ Philip A. Whistler
                                     Philip A. Whistler
                                     Thomas E. Mixdorf
                                     ICE MILLER LLP
                                     One American Square, Suite 2900
                                     Indianapolis, IN  46282-0200
                                     (317) 236-2100 (Telephone)
                                     (317) 592-4790 (Fax)
                                     philip.whistler@icemiller.com
                                     thomas.mixdorf@icemiller.com

                                     *Attorneys for Defendants Daniel Fitzpatrick, ITT Educational Services, Inc., and Kevin Modany*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 2, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

| | |
|---|---|
| Brad A. Catlin<br>bcatlin@price-law.com | Offer Korin<br>okorin@katzkorin.com |
| Ronald J. Waicukauski<br>rwaicukauski@price-law.com | Kathleen M. Sweeney<br>ksween@gmail.com |
| Francis P. McConville<br>fmcconville@pomlaw.com | Sam D. Krahulik<br>skrahulik@lawindianapolis.com |
| Jeremy A. Lieberman<br>jalieberman@pomlaw.com | Nadeem Faruqi<br>nfaruqi@faruqilaw.com |
| Patrick V. Dahlstrom<br>pdahlstrom@pomlaw.com | Richard W. Gonnello<br>rgonnello@faruqilaw.com |
| Robert V. Prongay<br>rprongay@glancylaw.com | Katherine M. Lenahan<br>klenahan@faruqilaw.com |
| Lionel Z. Glancy<br>lglancy@glancylaw.com | Megan M. Sullivan<br>msullivan@faruqilaw.com |
| Leanne E. Heine<br>lheine@glancylaw.com | |
| Robin Bronzaft Howald<br>rhowald@glancylaw.com | |

                                           /s/ Philip A. Whistler
                                           Philip A. Whistler

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100 (Telephone)
(317) 592-4790 (Fax)
philip.whistler@icemiller.com
thomas.mixdorf@icemiller.com