UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| *In re* ITT EDUCATIONAL SERVICES, INC. SECURITIES LITIGATION (INDIANA) | CASE NO. 1:14-cv-01599-TWP-DML |

**ORDER GRANTING AGREED MOTION TO STAY PROCEEDINGS**

Having reviewed the Parties' Agreed Motion to Stay Proceedings,

IT IS HEREBY ORDERED as follows:

1. All proceedings in this action shall be stayed until October 13, 2015, pending efforts by the Parties to resolve this action through mediation;

2. All current deadlines in this action shall be adjourned;

3. The Parties will report back to the Court on the progress of their mediation efforts no later than October 13, 2015, in order to determine whether any further mediation efforts are warranted or whether litigation proceedings should be resumed;

4. In the event that litigation proceedings are resumed following the Parties' mediation efforts, the Parties will resume the briefing schedule as follows:

    a. Defendants shall answer, move to dismiss, stay and/or transfer, or otherwise respond to the Consolidated Amended Complaint no later than 45 days after the Parties report back to the Court that mediation efforts have concluded.

    b. If Defendants move against the Consolidated Amended Complaint, Plaintiff shall have 45 days to oppose Defendants' motion, and Defendants

shall have 30 days after service of Plaintiff's opposition papers to file a reply to Plaintiff's opposition.

DATE: 7/14/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically to all CM/ECF registered counsel of record via email generated by the Court's CM/ECF system.

310834.1 ITTEDUCATION