# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| *In re* ITT EDUCATIONAL SERVICES, INC. SECURITIES LITIGATION (INDIANA) | Case No. 1:14-CV-01599-TWP-DML |

## ORDER

On July 13, 2015 the Court granted the parties joint motion to stay proceedings. (Dkt. 88). On November 2, 2015, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Settlement, Conditional Certification of a Class and Establishing Notice Procedures (Dkt. 94). Accordingly, the stay in this matter is hereby lifted.

Dated: 11/3/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Katherine M. Lenahan
FARUQI & FARUQI LLP
klenahan@faruqilaw.com

Megan M. Sullivan
FARUQI & FARUQI LLP
msullivan@faruqilaw.com

Nadeem Faruqi
FARUQI & FARUQI, LLP
nfaruqi@faruqilaw.com

Richard W. Gonnello
FARUQUI & FARUQI LLP
rgonnello@faruqilaw.com

Jennifer L. Conn
GIBSON DUNN & CRUTCHER LLP
jconn@gibsondunn.com

Wayne W. Smith
GIBSON DUNN & CRUTCHER, LLP
wsmith@gibsondunn.com

Lionel Zevi Glancy
GLANCY BINKOW & GOLDBERG LLP
lglancy@glancylaw.com

Robin Bronzaft Howald
GLANCY BINKOW & GOLDBERG LLP
rhowald@glancylaw.com

Leanne E. Heine
GLANCY BINLOW GOLDBERG LLP
lheine@glancylaw.com

Robert V. Prongay
GLANCY PRONGAY & MURRAY LLP
rprongay@glancylaw.com

Philip A. Whistler
ICE MILLER LLP
philip.whistler@icemiller.com

Thomas Eugene Mixdorf
ICE MILLER LLP
thomas.mixdorf@icemiller.com

Offer Korin
KATZ & KORIN P.C.
okorin@katzkorin.com

Francis P. McConville
POMERANTZ LLP
fmcconville@pomlaw.com

Jeremy A. Lieberman
POMERANTZ LLP
jalieberman@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
pdahlstrom@pomlaw.com

Brad A. Catlin
PRICE WAICUKAUSKI & RILEY
bcatlin@price-law.com

Ronald J. Waicukauski
PRICE WAICUKAUSKI JOVEN & CAITLIN, LLC
rwaicukauski@price-law.com

Kathleen M. Sweeney
SWEENEY HAYES LLC
ksween@gmail.com

Samuel Duncan Krahulik
THE HASTINGS LAW FIRM
skrahulik@lawindianapolis.com