**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| *In re* ITT EDUCATIONAL SERVICES, INC. SECURITIES LITIGATION (INDIANA) | CASE NO. 1:14-cv-01599-TWP-DML |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS
CERTIFICATION, AND PLAN OF ALLOCATION, AND THE APPLICATION OF
PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES,
AND REIMBURSEMENT OF PLAINTIFFS' REASONABLE EXPENSES INCURRED
PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

Lead Plaintiff Meitav Dash Mutual Fund Management Ltd. and named plaintiffs Babulal Tarapara, Kristopher Hennen, Cynthia Grebely, and Hoai T. Truong (collectively, "Plaintiffs"), by their undersigned counsel, hereby respectfully move the Court for entry of the proposed Order, filed concurrently herewith: (1) finally approving the settlement of this Action; (2) certifying the Settlement Class; (3) approving the Plan of Allocation for the distribution of the Net Settlement Fund; (4) awarding Plaintiffs' Counsel attorneys' fees; (5) reimbursing Plaintiffs' Counsel's litigation expenses from the Settlement Fund; and (6) reimbursing the reasonable costs and expenses incurred by Plaintiffs.

The grounds in support of this Motion are set forth fully in the Memorandum of Points and Authorities In Support of the Motion for Final Approval of Settlement, Class Certification and Plan of Allocation, the Memorandum of Points and Authorities In Support of Plaintiffs' Counsel's Application for an Award of Attorneys' Fees and Expenses and Reimbursement of Plaintiffs' Reasonable Expenses Incurred Pursuant to 15 U.S.C. §78u-4(a)(4), and the Declaration of Robert V. Prongay, filed contemporaneously herewith.

Dated:  February 4, 2016                 Respectfully submitted,

                                                 **GLANCY PRONGAY & MURRAY LLP**

                                                 By:  *s/ Robert V. Prongay*
                                                 Lionel Z. Glancy
                                                 Peter A. Binkow
                                                 Robert V. Prongay
                                                 Leanne H. Solish
                                                 1925 Century Park East, Suite 2100
                                                 Los Angeles, California 90067
                                                 Telephone:  (310) 201-9150
                                                 Facsimile:  (310) 201-9160
                                                 Email:  info@glancylaw.com

                                               *Lead Counsel for Lead Plaintiff and the Class*

**KATZ & KORIN, PC**
Offer Korin [Atty. No. 14014-49]
334 North Senate Avenue
Indianapolis, Indiana 46204-1708
Telephone:     (317) 464-1100
Facsimile:     (317) 464-1111

*Liaison Counsel for Lead Plaintiff and the Class*

## PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF INDIANA LOCAL RULES AND ECF PROCEDURES AND GUIDELINES

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On February 4, 2016, I caused to be served the following documents:

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS CERTIFICATION, AND PLAN OF ALLOCATION, AND THE APPLICATION OF PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND REIMBURSEMENT OF PLAINTIFFS' REASONABLE EXPENSES INCURRED PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

**FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**

By posting the documents to the ECF Website of the United States District Court for the Southern District of Indiana, for receipt electronically by the parties as reflected on the attached Court's Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2016, at Los Angeles, California.


*s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 1:14-cv-01599-TWP-DML BANES v. MODANY et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brad A. Catlin**
  PRICE WAICUKAUSKI JOVEN & CAITLIN, LLC
  bcatlin@price-law.com,vbloom@price-law.com

- **Jennifer L. Conn**
  GIBSON DUNN & CRUTCHER LLP
  jconn@gibsondunn.com

- **Patrick V. Dahlstrom**
  POMERANTZ LLP
  pdahlstrom@pomlaw.com

- **Nadeem Faruqi**
  FARUQI & FARUQI, LLP
  nfaruqi@faruqilaw.com,ecf@faruqilaw.com

- **Lionel Zevi Glancy**
  GLANCY BINKOW & GOLDBERG LLP
  lglancy@glancylaw.com

- **Richard W. Gonnello**
  FARUQUI & FARUQI LLP
  rgonnello@faruqilaw.com,ecf@faruqilaw.com

- **Leanne E. Heine**
  GLANCY BINLOW GOLDBERG LLP
  lheine@glancylaw.com,info@glancylaw.com

- **Robin Bronzaft Howald**
  GLANCY BINKOW & GOLDBERG LLP
  rhowald@glancylaw.com

- **Offer Korin**
  KATZ & KORIN P.C.
  okorin@katzkorin.com,cmurphy@katzkorin.com

- **Samuel Duncan Krahulik**
  THE HASTINGS LAW FIRM
  skrahulik@lawindianapolis.com

- **Katherine M. Lenahan**

- FARUQI & FARUQI LLP
  klenahan@faruqilaw.com,ecf@faruqilaw.com

- **Jeremy A. Lieberman**
  POMERANTZ LLP
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Francis P. McConville**
  POMERANTZ LLP
  fmcconville@pomlaw.com,abarbosa@pomlaw.com

- **Thomas Eugene Mixdorf**
  ICE MILLER LLP
  thomas.mixdorf@icemiller.com,carla.persons@icemiller.com

- **Robert V. Prongay**
  GLANCY PRONGAY & MURRAY LLP
  rprongay@glancylaw.com,info@glancylaw.com

- **Wayne W. Smith**
  GIBSON DUNN & CRUTCHER, LLP
  wsmith@gibsondunn.com,gross@gibsondunn.com,lkwon@gibsondunn.com

- **Megan M. Sullivan**
  FARUQI & FARUQI LLP
  msullivan@faruqilaw.com,ecf@faruqilaw.com

- **Kathleen M. Sweeney**
  SWEENEY HAYES LLC
  ksween@gmail.com,becky@sweeneyslaw.com

- **Ronald J. Waicukauski**
  PRICE WAICUKAUSKI JOVEN & CAITLIN, LLC
  rwaicukauski@price-law.com,kcavosie@price-law.com,nwebb@price-law.com

- **Philip A. Whistler**
  ICE MILLER LLP
  philip.whistler@icemiller.com,carla.persons@icemiller.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
CYNTHIA GREBELY
,

Helene Hamel
,
```

**HOAI T. TRUONG**
,