**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| *In re* ITT EDUCATIONAL SERVICES, INC. SECURITIES LITIGATION (INDIANA) | Case No. 1:14-cv-01599-TWP-DML<br><br>**MOTION TO APPEAR *PRO HAC VICE*** |

Pursuant to S.D. Ind. Local Rule 83-6(a), Peter A. Binkow respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of lead plaintiff Meitav Dash Mutual Fund Management Ltd. and named plaintiffs Babulal Tarapara, Cynthia Grebely, and Hoai T. Truong. In support of this motion, the undersigned counsel states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

   **State Bar of California – Admitted on 12/13/1994**

   **U.S. District Court – Central District of California – Admitted on 12/13/1994**

2. I have never been disbarred nor suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand nor been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement and I certify that I will abide by these rules and standards.

4.     Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,

DATED: February 5, 2016          **GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Peter A. Binkow*
Lionel Z. Glancy
Peter A. Binkow
Robert V. Prongay
Leanne E. Heine
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lglancy@glancylaw.com
pbinkow@glancylaw.com
rprongay@glancylaw.com
lheine@glancylaw.com

*Attorneys for Plaintiffs and Lead Counsel for the Class*

**KATZ & KORIN, PC**
Offer Korin [Atty. No. 14014-49]
334 North Senate Avenue
Indianapolis, IN 46204-1708
Telephone: (317) 464-1100
Facsimile: (317) 464-1111
okorin@katzkorin.com

*Attorneys for Plaintiffs and Liaison Counsel for the Class*

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF INDIANA LOCAL RULES AND ECF PROCEDURES AND GUIDELINES

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On February 5, 2016, I caused to be served the following documents:

**MOTION TO APPEAR *PRO HAC VICE***

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

By posting the documents to the ECF Website of the United States District Court for the Southern District of Indiana, for receipt electronically by the parties as reflected on the attached Court's Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 5, 2016, at Los Angeles, California.


                                           *s/ Peter A. Binkow*
                                           Peter A. Binkow

# Mailing Information for a Case 1:14-cv-01599-TWP-DML BANES v. MODANY et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brad A. Catlin**
  PRICE WAICUKAUSKI JOVEN & CAITLIN, LLC
  bcatlin@price-law.com,vbloom@price-law.com

- **Jennifer L. Conn**
  GIBSON DUNN & CRUTCHER LLP
  jconn@gibsondunn.com

- **Patrick V. Dahlstrom**
  POMERANTZ LLP
  pdahlstrom@pomlaw.com

- **Nadeem Faruqi**
  FARUQI & FARUQI, LLP
  nfaruqi@faruqilaw.com,ecf@faruqilaw.com

- **Lionel Zevi Glancy**
  GLANCY BINKOW & GOLDBERG LLP
  lglancy@glancylaw.com

- **Richard W. Gonnello**
  FARUQUI & FARUQI LLP
  rgonnello@faruqilaw.com,ecf@faruqilaw.com

- **Leanne E. Heine**
  GLANCY BINLOW GOLDBERG LLP
  lheine@glancylaw.com,info@glancylaw.com

- **Robin Bronzaft Howald**
  GLANCY BINKOW & GOLDBERG LLP
  rhowald@glancylaw.com

- **Offer Korin**
  KATZ & KORIN P.C.
  okorin@katzkorin.com,cmurphy@katzkorin.com

- **Samuel Duncan Krahulik**
  THE HASTINGS LAW FIRM
  skrahulik@lawindianapolis.com

- **Katherine M. Lenahan**

- **Jeremy A. Lieberman**
  POMERANTZ LLP
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Francis P. McConville**
  POMERANTZ LLP
  fmcconville@pomlaw.com,abarbosa@pomlaw.com

- **Thomas Eugene Mixdorf**
  ICE MILLER LLP
  thomas.mixdorf@icemiller.com,carla.persons@icemiller.com

- **Robert V. Prongay**
  GLANCY PRONGAY & MURRAY LLP
  rprongay@glancylaw.com,info@glancylaw.com

- **Wayne W. Smith**
  GIBSON DUNN & CRUTCHER, LLP
  wsmith@gibsondunn.com,gross@gibsondunn.com,lkwon@gibsondunn.com

- **Megan M. Sullivan**
  FARUQI & FARUQI LLP
  msullivan@faruqilaw.com,ecf@faruqilaw.com

- **Kathleen M. Sweeney**
  SWEENEY HAYES LLC
  ksween@gmail.com,becky@sweeneyslaw.com

- **Ronald J. Waicukauski**
  PRICE WAICUKAUSKI JOVEN & CAITLIN, LLC
  rwaicukauski@price-law.com,kcavosie@price-law.com,nwebb@price-law.com

- **Philip A. Whistler**
  ICE MILLER LLP
  philip.whistler@icemiller.com,carla.persons@icemiller.com


FARUQI & FARUQI LLP
klenahan@faruqilaw.com,ecf@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
CYNTHIA GREBELY
,
Helene Hamel
,
```

**HOAI T. TRUONG**
,