**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| *In re* ITT EDUCATIONAL SERVICES, INC. SECURITIES LITIGATION (INDIANA) | CASE NO. 1:14-cv-01599-TWP-DML<br><br>Honorable Tanya Walton Pratt |

**PLAINTIFFS' MOTION FOR AN ORDER**
**AUTHORIZING THE DISTRIBUTION OF THE SETTLEMENT FUND**

Plaintiffs, by their undersigned counsel, respectfully move the Court for entry of the proposed Order, filed concurrently herewith:

1. Approving the Plan of Distribution by Angeion Group (the "Claims Administrator" or "Angeion"), and Lead Counsel in the administration of the Settlement as described in the Declaration of Brian Manigault of Angeion ("Manigault Declaration") filed concurrently herewith;

2. Approving the valid claims of Settlement Class Members identified in Exhibits C, Parts One and Two to the Manigault Declaration;

3. Approving the rejection of invalid claims identified in Exhibits C, Parts Three and Four) to the Manigault Declaration;

4. Directing that no claims not already listed in Exhibit C to the Manigault Declaration be accepted for any reason whatsoever;

5. Directing distribution of the Net Settlement Fund to Settlement Class Members whose Proof of Claim and Release forms have been accepted;

6. Directing that all distribution checks to claimants bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO REDISTRIBUTION IF NOT CASHED 90 DAYS AFTER ISSUE DATE";

7. Authorizing and directing that if any funds remain in the Net Settlement Fund after the initial distribution, Lead Counsel, if feasible, shall cause the Claims Administrator to subsequently distribute such remaining balance among Authorized Claimants in an equitable and economic fashion, consistent with the Plan of Allocation;

8. Authorizing and directing that any balance which still remains in the Net Settlement Fund shall be donated to an appropriate non-profit organization designated by Lead Counsel;

9. Authorizing payment to Angeion of a total of $71,450.01 for the balance of its professional services; and

10. Authorizing destruction of paper copies and all supporting documentation of the Proofs of Claim and Release forms one (1) year after the distribution of the Net Settlement Fund, and all electronic copies of claim records three (3) years after distribution of the Net Settlement Fund.

The grounds in support of this Motion are set forth fully in Plaintiffs' Memorandum of Points and Authorities in Support of Motion for an Order Authorizing the Distribution of the Net Settlement Fund, and the Manigault Declaration, filed contemporaneously herewith.

Dated: October 31, 2017

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Robert V. Prongay*

Lionel Z. Glancy
Robert V. Prongay
Leanne Heine Solish
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**KATZ & KORIN, PC**
Offer Korin [Atty. No. 14014-49]
334 North Senate Avenue
Indianapolis, Indiana 46204-1708
Telephone: (317) 464-1100
Facsimile: (317) 464-1111

*Counsel for Plaintiffs*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 31, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of Indiana, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 31, 2017.

*s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 1:14-cv-01599-TWP-DML BANES v. MODANY et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter A. Binkow**
  GLANCY PRONGAY & MURRAY LLP
  pbinkow@glancylaw.com
- **Brad A. Catlin**
  PRICE WAICUKAUSKI JOVEN & CAITLIN, LLC
  bcatlin@price-law.com,vbloom@price-law.com,nwebb@price-law.com
- **Jennifer L. Conn**
  GIBSON DUNN & CRUTCHER LLP
  jconn@gibsondunn.com,aarias@gibsondunn.com,bschoenfeldt@gibsondunn.com
- **Patrick V. Dahlstrom**
  POMERANTZ LLP
  pdahlstrom@pomlaw.com
- **Nadeem Faruqi**
  FARUQI & FARUQI, LLP
  nfaruqi@faruqilaw.com,ecf@faruqilaw.com
- **Lionel Zevi Glancy**
  GLANCY BINKOW & GOLDBERG LLP
  lglancy@glancylaw.com
- **Richard W. Gonnello**
  FARUQUI & FARUQI LLP
  rgonnello@faruqilaw.com,ecf@faruqilaw.com
- **Leanne E. Heine**
  GLANCY BINLOW GOLDBERG LLP
  lheine@glancylaw.com,info@glancylaw.com
- **Robin Bronzaft Howald**
  GLANCY BINKOW & GOLDBERG LLP
  rhowald@glancylaw.com
- **Offer Korin**
  KATZ & KORIN P.C.
  okorin@kkclegal.com,cmurphy@kkclegal.com
- **Samuel Duncan Krahulik**

THE HASTINGS LAW FIRM
sam@krahulikinjury.com

- **Katherine M. Lenahan**
  FARUQI & FARUQI LLP
  klenahan@faruqilaw.com,ecf@faruqilaw.com

- **Jeremy A. Lieberman**
  POMERANTZ LLP
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Francis P. McConville**
  POMERANTZ LLP
  fmcconville@pomlaw.com,abarbosa@pomlaw.com

- **Thomas Eugene Mixdorf**
  ICE MILLER LLP
  thomas.mixdorf@icemiller.com,carla.persons@icemiller.com

- **Robert V. Prongay**
  GLANCY PRONGAY & MURRAY LLP
  rprongay@glancylaw.com,info@glancylaw.com

- **Wayne W. Smith**
  GIBSON DUNN & CRUTCHER, LLP
  wsmith@gibsondunn.com

- **Megan M. Sullivan**
  FARUQI & FARUQI LLP
  msullivan@faruqilaw.com,ecf@faruqilaw.com

- **Kathleen M. Sweeney**
  SWEENEY HAYES LLC
  ksween@gmail.com,becky@sweeneyslaw.com

- **Ronald J. Waicukauski**
  PRICE WAICUKAUSKI JOVEN & CAITLIN, LLC
  rwaicukauski@price-law.com,kcavosie@price-law.com,nwebb@price-law.com

- **Philip A. Whistler**
  ICE MILLER LLP
  philip.whistler@icemiller.com,carla.persons@icemiller.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Helene Hamel**